Law Offices of Peter E. Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, New Jersey 08619
(609) 581-9353

_____

| | | |
|---|---|---|
| NANCY NALBONE | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtors | : | |
| | : | CASE NO.: 18-20286 KCF |
| | : | PRE-CONFIRMATION CERTIFICATION OF |
| | : | COMPLIANCE WITH POST-PETITION |
| | : | OBLIGATIONS IN ACCORDANCE WITH 11 |
| | : | U.S.C. SECTION 1325(a)(8) and (a)(9) |
| _____ | : | |

I, Nancy Nalbone, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on July 11, 2018.

2. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations (if any).

3. I have filed all applicable Federal, State, and local tax returns that I was required to file in the four (4) years preceding the Bankruptcy filing, as required by 11 U.S.C. 1308.

4. If the Confirmation Hearing date stated in paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation Hearing date in the event any of the information contained in this Certification changes.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

DATED:                                                                    By: /s/_Nancy Nalbone_____