| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-20286 / KCF**

Nancy M Nalbone

Petition Filed Date: 05/21/2018

341 Hearing Date: 06/21/2018

Confirmation Date: 07/11/2018

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/25/2018 | $400.00 | 50151080 | 07/05/2018 | $400.00 | 50469290 | 08/06/2018 | $400.00 | 51322760 |
| 09/04/2018 | $400.00 | 51977450 | 10/04/2018 | $400.00 | 52883740 | 11/07/2018 | $400.00 | 53779250 |
| 12/03/2018 | $400.00 | 54393220 | | | | | | |

**Total Receipts for the Period: $2,800.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,200.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nancy M Nalbone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» WALMART | Unsecured Creditors | $396.15 | $0.00 | $396.15 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 2 | CONSUMER PORTFOLIO SERVICES<br>»» 2012 DODGE JOURNEY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»» MODELLS | Unsecured Creditors | $656.79 | $0.00 | $656.79 |
| 4 | Midfirst Bank<br>»» P/33 MIRY BROOK RD | Mortgage Arrears | $15,490.02 | $62.00 | $15,428.02 |
| 5 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,984.62 | $0.00 | $1,984.62 |
| 6 | LVNV FUNDING, LLC<br>»» MHC/FNBM/DC-003791-15 | Unsecured Creditors | $764.63 | $0.00 | $764.63 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» COMENITY/KINGSIZE | Unsecured Creditors | $522.29 | $0.00 | $522.29 |
| 8 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-20286 / KCF**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $2,612.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $216.00 | Arrearages: | $0.00 |
| Funds on Hand: | $372.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**