**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

:
:
:

Caption in Compliance with D.N.J. LBR 9004-2(c)

:
:

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

:
:
:
:
:
:
:

In re:
NANCY NALBONE

:
:
:
:
:

Debtors

:

**Order Filed on March 27, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

: Case No.:  18-20286
:
: Chapter 13
:
: Judge:  Kathryn C. Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: March 27, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Nancy Nalbone
Case No.:  18-20286 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:


\_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
         funds on hand
\_\_\_\_\_   outside the Plan


The debtor's monthly Plan is not modified, thus the debtor will continue to pay $400 per month for the remaining months to allow for payment of aforesaid fee.