| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT : | |
| DISTRICT OF NEW JERSEY : | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) : | |
| : | |
| : | |
| : | |
| Law Office of Peter E. Zimnis : | |
| 1245 Whitehorse Mercerville Rd 412 : | |
| Trenton, NJ 08619 : | |
| 609-581-9353 : | |
| Attorney for Debtor : | |
| : | CHAPTER 13 |
| In Re: : | |
| : | CASE NO. 18-20286 |
| NANCY NALBONE : | ADV NO. |
| : | |
| Debtors : | HEARING DATE |
| : | |
| : | JUDGE |

CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>July 1, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Motion for Order approving a Loan Modification
Certification of debtor
Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

      /s/ Peter E. Zimnis
      Peter E. Zimnis, Esq.

Dated:

Document    Page 2 of 2

**Service List**

| | | |
|---|---|---|
| UST<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | via efile and reg mail |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650<br>. | Trustee | via efile and reg mail |
| KML Group | Atty for Creditor | via efile only |
| Midfirst<br>ATTN Managing Agent<br>999 NW Grand Blvd<br>Oklahoma City, OK 73118 | creditor | via certified mail |