Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20286−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M Nalbone
   33 Miry Brook Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−8414

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 20, 2018.

On 07/26/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:     August 28, 2019
Time:     10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 29, 2019
JAN: vpm

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20286-MBK
Nancy M Nalbone                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Jul 29, 2019
                            Form ID: 185             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.
```
db           +Nancy M Nalbone,    33 Miry Brook Road,    Hamilton, NJ 08690-1640
517544187    +Capital Health Systems,    750 Brunswick Avenue,    Attn:  Patient Accounts,
               Trenton, NJ 08638-4143
517544190    +Comenity Capital (Modells Sporting),    PO Box 182120,    Columbus, OH 43218-2120
517544193    +DSRM National Bank/Valero,    PO Box 300,    Amarillo, TX 79105-0300
517544194    +Kivitz McKeever Lee,    701 Market Street,    Suite 5000,    Re:  Midland Mortgage,
               Philadelphia, PA 19106-1541
517664784    +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517544196    +Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517544197    +North Shore Agency,    Re:  Publishers Clearing House,    9525 Sweet Valley Drive,    Building A,
               Valley View, OH 44125-4237
517544201    +Vistana Fountains Condo Association,    PO Box 105119,    Atlanta, GA 30348-5119
517544202    +Vistana Mngmt,    9002 San Marco Court,    Orlando, FL 32819-8600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2019 00:11:36      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2019 00:11:34      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517544191    +E-mail/Text: bankruptcy@consumerportfolio.com Jul 30 2019 00:11:45      CPS,    PO Box 57071,
               Irvine, CA 92619-7071
517544188    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2019 00:23:52      Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
517544189    +E-mail/Text: bankruptcy@cavps.com Jul 30 2019 00:11:53      Cavalry Portfolio Services,
               Re:  GEMB,    500 Summit Lake Drive,    Ste 400,    Valhalla, NY 10595-2321
517547110    +E-mail/Text: bankruptcy@cavps.com Jul 30 2019 00:11:53      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517544192    +E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2019 00:23:08      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
517656903     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2019 00:22:33
               LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517544195    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 00:11:34      Midland Credit Mngmt,
               Re:  Comenity,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517648667    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2019 00:11:34      Midland Funding LLC,
               PO Box 2011,    Warren MI 48090-2011
517544198     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2019 00:34:32
               Portfolio Recovery Associates,    Re:  Capital One; Comenity,    120 Corporate Blvd,    Ste 1,
               Norfolk, VA 23502
517669321     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2019 00:34:39
               Portfolio Recovery Associates, LLC,    c/o Kingsize,    POB 41067,    Norfolk VA 23541
517544199    +E-mail/Text: bankruptcy@pseg.com Jul 30 2019 00:10:34      PSE&G,    Credit & Collection Center,
               PO Box 490,    Re:  72 887 237 04,    Cranford, NJ 07016-0490
517804371    +E-mail/Text: bankruptcy@pseg.com Jul 30 2019 00:10:34      PSE&G,    Attn: Bankruptcy Dept.,
               PO Box 490,    Cranford NJ 07016-0490
517544200    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 00:22:55      SYNCB,    PO Box 960090,
               Orlando, FL 32896-0090
517545523    +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 00:22:55      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517655883    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 30 2019 00:22:45      Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 29, 2019
                              Form ID: 185             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
```
              Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert     Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John    Zimnis     on behalf of Debtor Nancy M Nalbone njbankruptcylaw@aol.com.
              Keri P. Ebeck     on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```