# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

November 21, 2019

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

Re:   Nancy Nalbone
       Case No.:  18-20286 MBK

Dear Clerk:

Enclosed please find the following:

| | | | |
|---|---|---|---|
| _____ | Complaint | _____ | Petition |
| _____ | Answer | _____ | Plan |
| _____ | Motion | _____ | Mailing Matrix |
| _____ | Proof of Mailing | _____ | Consent Order |
| _____ | Objection | _____ | Amendment |
| __XX__ | Certification | _____ | Return Envelope |
| _____ | Proposed Order | _____ | Check for $_____ |
| _____ | Other | | |

Very truly yours,

Law Office of Peter E. Zimnis


By:  /s/ John Zimnis_____
      John Zimnis, Esq.

LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Peter E. Zimnis
Attorney for Debtor(s)

_____

| | | |
|---|---|---|
| NANCY NALBONE | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 13 |
| Debtor | : | CASE NO.:  18-20286 MBK |
| | : | |
| | : | |
| | : | CERTIFICATION OF SERVICE |
| _____: | | ORAL ARGUMENT: Waived unless opposed |

JOHN A. ZIMNIS, ESQ. hereby certifies as follows:

1.  I am the attorney for the debtor(s) in the above captioned case.

2.  On November 21, 2019, I served that attached creditor of the amendment to list of creditors with the required instruction (see attached) in the above captioned proceedings, utilizing the addresses which appear for each claimant on the creditor register of these proceedings.  The Notice was forwarded by regular, first class mail, with full postage prepaid.

/s/ John Zimnis_____
John A. Zimnis, Esquire

Dated:

**SERVICE LIST**

Mark Kriegel, Esq.
PO Box 6448
Re:  American Trading; DC 3730-18
Lawrence Township, NJ 08648

Mark Kriegel, Esq.
1479 Pennington Road
Re:  American Trading; DC 3730-18
Ewing, NJ 08618

**THE LAW OFFICES OF PETER E. ZIMNIS**
Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

November 21, 2019

Mark Kriegel, Esq.
PO Box 6448
Re:  American Trading; DC 3730-18
Lawrence Township, NJ 08648

Mark Kriegel, Esq.
1479 Pennington Road
Re:  American Trading; DC 3730-18
Ewing, NJ 08618

       Re:    Nancy Nalbone
           Chapter 13 Case No.:   18-20286

      The undersigned represents the above-referenced debtor who amended her petition to include your debt in her Bankruptcy.  Enclosed is a copy of the Order Respecting an Amendment to Schedule F, along with the amendment to Schedule F.

      Pursuant to the Court's order, I am required to inform you that the above referenced case was filed on May 21, 2018 as a Chapter 13.  The Meeting of the Creditors was previously held, and the deadline for filing an objection or a proof of claim has passed;  however you have sixty (60) days from the date of this order to file a proof of claim, complaint objecting to discharge or a complaint objecting to dischargeability of the debt pursuant to Bankruptcy Code Section 523©.  Because the first meeting of creditors was conducted, you may, pursuant to Local Bankruptcy Rule 2004-1, examine the debtor by subpoena.

                       Very truly yours,
                       Law Office of Peter E. Zimnis

                       By:   /s/ John Zimnis_____
                       John Zimnis, Esq.

c. Clerk, U.S Bankruptcy Court