LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Ste 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtor(s)

| | | |
|---|---|---|
| NANCY NALBONE | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | |
| Debtors | : | CASE NO. 18-20286 |
| | : | CHAPTER 13 |
| | : | |
| | : | ORAL ARGUMENT: Waived unless opposed |
| | | Hearing Date: |

AMENDED APPLICATION FOR AN ORDER APPROVING LOAN MODIFICATION

    The Debtor, Nancy Nalbone, in the above-captioned case, through their attorney, seeks an Order approving a loan modification. The debtors seek the above for the following reasons:

1) A voluntary petition under Chapter 13 of the Bankruptcy Code was filed by the Debtors in 2018. The case has not been confirmed.

2) Midfirst has offered to modify the Debtors' loan by incorporating the arrears into the principal balance.

3) The terms of the loan modification are outline in the attached certification and exhibit.

    WHEREFORE, on behalf of the debtor(s) Nancy Nalbone, I respectfully request an order authorizing the modification of the Debtors' mortgage loan with Midfirst.

    /s/ Peter Zimnis