| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT | |
| DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| | |
| Law Office of Peter E. Zimnis | |
| 1245 Whitehorse Mercerville Rd 412 | |
| Trenton, NJ 08619 | |
| 609-581-9353 | |
| Attorney for Debtor | |
| | CHAPTER 13 |
| In Re: | |
| | CASE NO. 18-20286 |
| NANCY NALBONE | ADV NO. |
| Debtors | HEARING DATE |
| | JUDGE |

## CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>December 24, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Application for an Order approving a Loan Modification
Certification of debtor
Exhibit
Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

       /s/ Peter E. Zimnis____
      Peter E. Zimnis, Esq.

Dated:

SERVICE LIST

| | | |
|---|---|---|
| UST | Trustee | via efile only |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650 | Trustee | via efile only |
| Midfirst<br>ATTN Managing Agent<br>999 NW Grand Blvd<br>Oklahoma City, OK 73118 | creditor | via reg mail |