| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-20286 / MBK**

Nancy M Nalbone

Petition Filed Date: 05/21/2018
341 Hearing Date: 06/21/2018
Confirmation Date: 07/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $400.00 | 55188450 | 02/05/2019 | $400.00 | 55907780 | 03/06/2019 | $400.00 | 56686880 |
| 04/04/2019 | $400.00 | 57589950 | 05/06/2019 | $400.00 | 58368830 | 06/03/2019 | $400.00 | 59092440 |
| 07/08/2019 | $400.00 | 59938430 | 08/05/2019 | $400.00 | 60676060 | 09/03/2019 | $400.00 | 61441430 |
| 10/04/2019 | $200.00 | 62297300 | 11/04/2019 | $200.00 | 62994850 | 12/04/2019 | $200.00 | 63804430 |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Nancy M Nalbone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  WALMART | Unsecured Creditors | $396.15 | $75.19 | $320.96 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 2 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  MODELLS | Unsecured Creditors | $656.79 | $124.66 | $532.13 |
| 4 | Midfirst Bank<br>»»  P/33 MIRY BROOK RD/ORDER LOAN MOD 1/10/2020 | Mortgage Arrears | $824.91 | $824.91 | $0.00 |
| 5 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,984.62 | $376.69 | $1,607.93 |
| 6 | LVNV FUNDING, LLC<br>»»  MHC/FNBM/DC-003791-15 | Unsecured Creditors | $764.63 | $145.13 | $619.50 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/KINGSIZE | Unsecured Creditors | $522.29 | $99.13 | $423.16 |
| 8 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 3/27/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY/ORDER 3/26/19 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 9/13/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

**Chapter 13 Case No. 18-20286 / MBK**

| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $500.00 | $166.09 | $333.91 |
|---|---|---|---|---|---|
|   | »» ORDER 1/22/20 | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,192.80 | Current Monthly Payment: | $200.00 |
| Paid to Trustee: | $454.00 | Arrearages: | ($200.00) |
| Funds on Hand: | $753.20 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**