Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−20286−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M Nalbone
   33 Miry Brook Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−8414

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 4, 2019.

   On 03/12/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              April 8, 2020
Time:             10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 12, 2020
JAN: mjb

                                                                                                                  Jeanne Naughton
                                                                                                                    Clerk

```
                       United States Bankruptcy Court
                           District of New Jersey

In re:                                                     Case No. 18-20286-MBK
Nancy M Nalbone                                            Chapter 13
       Debtor
                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Mar 12, 2020
                              Form ID: 185             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             +Nancy M Nalbone,    33 Miry Brook Road,    Hamilton, NJ 08690-1640
517544187      +Capital Health Systems,    750 Brunswick Avenue,    Attn: Patient Accounts,
                 Trenton, NJ 08638-4143
517544190      +Comenity Capital (Modells Sporting),    PO Box 182120,    Columbus, OH 43218-2120
517544193      +DSRM National Bank/Valero,    PO Box 300,   Amarillo, TX 79105-0300
517544194      +Kivitz McKeever Lee,    701 Market Street,   Suite 5000,    Re: Midland Mortgage,
                 Philadelphia, PA 19106-1541
518563589      +Mark Kriegel, Esq.,    1479 Pennington Road,    Re: American Trading; DC 3730-18,
                 Ewing, NJ 08618-2661
518563588      +Mark Kriegel, Esq.,    PO Box 6448,   Re: American Trading; DC 3730-18,
                 Lawrence Township, NJ 08648-0448
517664784      +MidFirst Bank,   999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517544196      +Midland Mortgage,    PO Box 268959,   Oklahoma City, OK 73126-8959
517544197      +North Shore Agency,    Re: Publishers Clearing House,    9525 Sweet Valley Drive,    Building A,
                 Valley View, OH 44125-4237
517544201      +Vistana Fountains Condo Association,    PO Box 105119,    Atlanta, GA 30348-5119
517544202      +Vistana Mngmt,   9002 San Marco Court,    Orlando, FL 32819-8600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517544191      +E-mail/Text: bankruptcy@consumerportfolio.com Mar 13 2020 01:00:35     CPS,    PO Box 57071,
                 Irvine, CA 92619-7071
517544188      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 13 2020 01:15:56      Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
517544189      +E-mail/Text: bankruptcy@cavps.com Mar 13 2020 01:00:39     Cavalry Portfolio Services,
                 Re: GEMB,   500 Summit Lake Drive,    Ste 400,   Valhalla, NY 10595-2321
517547110      +E-mail/Text: bankruptcy@cavps.com Mar 13 2020 01:00:40     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517544192      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2020 01:14:18      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
517656903       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 01:16:03
                 LVNV Funding LLC C/O Resurgent Capital Services,     P.O. Box 10675,   Greenville, SC 29603-0675
517544195      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2020 01:00:16      Midland Credit Mngmt,
                 Re: Comenity,   2365 Northside Drive,    Suite 300,   San Diego, CA 92108-2709
517648667      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 13 2020 01:00:16      Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
517544198       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:14:19
                 Portfolio Recovery Associates,   Re: Capital One; Comenity,    120 Corporate Blvd,   Ste 1,
                 Norfolk, VA 23502
517669321       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 13 2020 01:14:21
                 Portfolio Recovery Associates, LLC,    c/o Kingsize,   POB 41067,    Norfolk VA 23541
517544199      +E-mail/Text: bankruptcy@pseg.com Mar 13 2020 00:58:59     PSE&G,    Credit & Collection Center,
                 PO Box 490,   Re: 72 887 237 04,    Cranford, NJ 07016-0490
517804371      +E-mail/Text: bankruptcy@pseg.com Mar 13 2020 00:58:59     PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,   Cranford NJ 07016-0490
517544200      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:34      SYNCB,    PO Box 960090,
                 Orlando, FL 32896-0090
517545523      +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2020 01:03:13      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517655883      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2020 01:15:32      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 12, 2020
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John    Zimnis    on behalf of Debtor Nancy M Nalbone njbankruptcylaw@aol.com.
          Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```