# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

April 2, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    Re:    Nancy Nalbone
            Case No.:   18-20286 MBK

Dear Clerk:

    Regarding the above named case in which we have modified Chapter 13 Plan scheduled for April 8, 2020, we hereby withdraw this Plan.

    Kindly contact this Office should you have any questions.

                                               Very truly yours,

                                               Law Office of Peter E. Zimnis

                                               By: /s/ John Zimnis_____
                                                    John Zimnis, Esq.

    c.   Albert Russo, Trustee