Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18–20286–MBK
                      Chapter: 13
                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M Nalbone
   33 Miry Brook Road
   Hamilton, NJ 08690

Social Security No.:
   xxx–xx–8414

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 4, 2019.

   On 06/29/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              August 4, 2020
Time:             10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 30, 2020
JAN: mjb

                                                                               Jeanne Naughton
                                                                                Clerk