UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on June 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Nancy M. Nalbone

Debtor

Case No.:  18-20286 MBK

Adv. No.:

Hearing Date:  6/24/2020  @ 9:00 a.m..

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Nancy M. Nalbone
Case No:  18-20286 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

---

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 33 Miry Brook Road, Trenton, NJ. 08690-1640, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Zimnis, Esquire, attorney for Debtors, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that as of June 18, 2020, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2020 through May 2020 with $163.32 in suspense for a total post-petition default of $4,215.73 ( 4 @ $1,061.89, 3 late charges @ $43.83, less suspense balance of $163.32)

     It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,215.73 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

     It is further **ORDERED, ADJUDGED and DECREED** that the debtor will file a modified plan within twenty days of the entry of this order; and

     It is further **ORDERED, ADJUDGED and DECREED** that the debtor has received a forbearance agreement for payments through and including October 2020; and

     It is further **ORDERED, ADJUDGED and DECREED** that the debtor shall resume making regular payments November 1, 2020 in accordance with the terms of the forbearance agreement; and

     It is further **ORDERED, ADJUDGED and DECREED** that all other provisions contained in the notice of forbearance remain in full effect; and

     It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2020, directly to Secured Creditor, MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

     It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

**(Page 3)**
Debtors:  Nancy M. Nalbone
Case No:  18-20286 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

---

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and motion for relief is hereby resolved.