| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-20286 / MBK**

Nancy M Nalbone

Petition Filed Date: 05/21/2018
341 Hearing Date: 06/21/2018
Confirmation Date: 07/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $200.00 | 64550330 | 02/04/2020 | $200.00 | 65304660 | 03/04/2020 | $200.00 | 66136640 |
| 04/06/2020 | $200.00 | 66898670 | 05/04/2020 | $200.00 | 67591620 | 06/04/2020 | $200.00 | 68428510 |
| 07/06/2020 | $200.00 | 69154980 | 08/03/2020 | $200.00 | 69853150 | 09/04/2020 | $248.00 | 70628300 |
| 10/05/2020 | $248.00 | 71351240 | 11/04/2020 | $248.00 | 72109550 | 11/18/2020 | ($248.00) | 72109550 |
| 12/11/2020 | $496.00 |  | 01/11/2021 | $248.00 |  | 02/11/2021 | $248.00 |  |

**Total Receipts for the Period: $3,088.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,088.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nancy M Nalbone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  WALMART | Unsecured Creditors | $396.15 | $163.58 | $232.57 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 2 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  MODELLS | Unsecured Creditors | $656.79 | $271.21 | $385.58 |
| 4 | Midfirst Bank<br>»»  P/33 MIRY BROOK RD/ORDER LOAN MOD 1/10/2020 | Mortgage Arrears | $824.91 | $824.91 | $0.00 |
| 5 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,984.62 | $819.51 | $1,165.11 |
| 6 | LVNV FUNDING, LLC<br>»»  MHC/FNBM/DC-003791-15 | Unsecured Creditors | $764.63 | $315.74 | $448.89 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/KINGSIZE | Unsecured Creditors | $522.29 | $215.67 | $306.62 |
| 8 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 3/27/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY/ORDER 3/26/19 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 9/13/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 1/22/20 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 10 | Midfirst Bank<br>»»  33 MIRY BROOK ROAD/PP ARREARS 6/30/20 | Mortgage Arrears | $4,215.73 | $230.81 | $3,984.92 |
| 11 | Midfirst Bank<br>»»  33 MIRY BROOK ROAD/ATTY FEES 6/30/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 8/18/20 | Attorney Fees | $700.00 | $700.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,088.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,953.43 | Current Monthly Payment: | $248.00 |
| Paid to Trustee: | $668.83 | Arrearages: | ($152.00) |
| Funds on Hand: | $465.74 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**