UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In Re:

NANCY NALBONE

Case No.: 18-20286
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: Kaplan

# CERTIFICATION OF SERVICE

1. I, __John Zimnis__ :

   ☒ represent __Nancy Nalbone__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 20, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Approve Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/22/21                              /s/ John Zimnis
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MidFirst Bank<br>501 NW Grand Blvd.<br>Attn: Corporate Officer and/or<br>Managing Agent<br>Oklahoma City, OK 73118 | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |