Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−20286−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy M Nalbone
   33 Miry Brook Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−8414

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/9/22 at 09:00 AM

to consider and act upon the following:

93 − Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Keri P. Ebeck on behalf of Consumer Portfolio Services, Inc.. Objection deadline is 02/14/2022. (Attachments: # 1 Certification of Secured Creditor Re; Post−Petition Payment History # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Proposed Order # 6 Certificate of Service) (Ebeck, Keri)

Dated: 2/4/22

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court