| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-20286 / MBK**

Nancy M Nalbone

Petition Filed Date: 05/21/2018
341 Hearing Date: 06/21/2018
Confirmation Date: 07/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $248.00 | | 02/11/2021 | $248.00 | | 03/11/2021 | $248.00 | |
| 04/13/2021 | $248.00 | | 05/10/2021 | $248.00 | | 06/11/2021 | $248.00 | |
| 08/12/2021 | $248.00 | | 10/13/2021 | $248.00 | | 11/22/2021 | $248.00 | |
| 12/10/2021 | $248.00 | | 01/10/2022 | $248.00 | | | | |

**Total Receipts for the Period:  $2,728.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $12,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Nancy M Nalbone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  WALMART | Unsecured Creditors | $396.15 | $163.58 | $232.57 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 2 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | MIDLAND CREDIT  AS AGENT FOR<br>»»  MODELLS | Unsecured Creditors | $656.79 | $271.21 | $385.58 |
| 4 | Midfirst Bank<br>»»  P/33 MIRY BROOK RD/ORDER LOAN MOD 1/10/2020 | Mortgage Arrears | $824.91 | $824.91 | $0.00 |
| 5 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,984.62 | $819.51 | $1,165.11 |
| 6 | LVNV FUNDING, LLC<br>»»  MHC/FNBM/DC-003791-15 | Unsecured Creditors | $764.63 | $315.74 | $448.89 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/KINGSIZE | Unsecured Creditors | $522.29 | $215.67 | $306.62 |
| 8 | PSE&G | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 3/27/19 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 9 | CONSUMER PORTFOLIO SERVICES<br>»»  2012 DODGE JOURNEY/ORDER 3/26/19 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 9/13/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

**Chapter 13 Case No. 18-20286 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 1/22/20 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 10 | Midfirst Bank<br>»»  P/33 MIRY BROOK RD/1ST MTG/PP 6/30/20 ORD/LOAN MOD ORDER 12/3/21 | Mortgage Arrears<br>No Disbursements: Paid outside | $2,081.62 | $2,081.62 | $0.00 |
| 11 | Midfirst Bank<br>»»  33 MIRY BROOK ROAD/ATTY FEES 6/30/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 8/18/20 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  ORDER 12/14/21 | Attorney Fees | $500.00 | $454.34 | $45.66 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,320.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $11,258.58 | Current Monthly Payment: | $248.00 |
| Paid to Trustee: | $834.25 | Arrearages: | $592.00 |
| Funds on Hand: | $227.17 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

**View your case information online for** *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

