UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

| | |
|---|---|
| In Re:<br><br>NANCY M. NALBONE<br>              Debtor, | Case No.: ___18-20286-MBK___<br><br>Chapter: _____13_____<br><br>Hearing Date: ___03/09/2022___<br><br>Judge: _____Kaplan_____ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: _Doc # 93 Creditor's Certification of Default regarding the Order on Motion For Relief_

_Stay is withdrawn. The Debtor has brought the account current._

Date: _March 4, 2022_____            _/s/ Keri P. Ebeck_____
                                     Signature

*rev.8/1/15*