**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
NANCY NALBONE

Debtors

**Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-20286

Chapter 13

Judge: Kaplan

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: April 20, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Nancy Nalbone
Case No.:  18-20286 MBK
Caption:  Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

___x___  through the Chapter 13 Plan as an administrative priority from funds on hand
_____  outside the Plan

The debtor's monthly Plan is modified to require a payment of $248 per month for the remaining 10 months to allow for payment of aforesaid fee.