UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
Bar No. 262092017
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

In Re:

  NANCY M. NALBONE
               Debtor,

Case No.:   __18-20286-MBK__

Chapter:   _____13_____

Hearing Date:   _____

Judge:   _____Kaplan_____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Doc # 102 Creditor's Certification of Default. Debtor has made payments to resolve the default.

Date: June 15, 2022

/s/ Keri P. Ebeck
Signature

*rev.8/1/15*