Certificate Number: 15111-NJ-DE-036996774

Bankruptcy Case Number: 18-20286



15111-NJ-DE-036996774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 23, 2022</u>, at <u>6:54</u> o'clock <u>AM EST</u>, <u>Nancy M Nalbone</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>November 23, 2022</u>          By:   <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>