Case 18-20286-MBK    Doc 108-2    Filed 01/05/23    Entered 01/05/23 13:20:46    Desc
Exhibit Exhibit B PPPH Affidavit    Page 1 of 3

# EXHIBIT B

UNITED STATES BANKRUPTCY
COURT <u>DISTRICT OF NEW JERSEY</u>
Caption In Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-20286 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Nancy M Nalbone
                  Debtor
Michael Nalbone
                  Co-Debtor

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 08/02/2001

I, __Marcela Jones__, employed a__Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on <u>August 11, 2001</u> in <u>Mercer</u> County, in Book <u>06169, at</u> Page <u>0187</u>.
Property Address: <u>33 Miry Brook Road, Trenton NJ 08690-1640.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Nancy M. Nalbone, </u>Michael Nalbone

POST-PETITION PAYMENTS (Petition filed on May 21, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| colspan="5" | Agreed Order Entered 07/01/2020 | - |
| colspan="5" | Loan Modification Agreement Included Arrears up to 12/01/2021 | - |
| $1,197.08 | 01/01/2022 | 01/2022 | $1,197.08 | 01/05/2022 | - |
| | | To Suspense | $1,200.00 | 03/10/2022 | $1,200.00 |
| | | To Escrow | From Suspense ($1,197.08) | 03/23/2022 | $2.92 |
| $1,197.08 | 02/01/2022 | | $0.00 | | $2.92 |
| $1,197.08 | 03/01/2022 | | $0.00 | | $2.92 |
| $1,197.08 | 04/01/2022 | | $0.00 | | $2.92 |
| $1,197.08 | 05/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 06/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 07/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 08/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 09/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 10/01/2022 | | $0.00 | | $2.92 |

| $1,431.29 | 11/01/2022 | | $0.00 | | $2.92 |
| $1,431.29 | 12/01/2022 | | $0.00 | | $2.92 |
| Total Due: $16,004.43 || Total Received: $1,200.00 || Arrears: $14,804.43 |

Continue on attached sheets if necessary.

Monthly payments past due: 4 mos. X $1,197.08, 6 mos. X $1,431.29
Arrears: $14,804.43

Each current monthly payment is comprised of:
    Principal and Interest: $598.48
    R.E. Taxes: $
    Insurance: $
    Other: $832.81 (Specify: Escrow )
    TOTAL $1,431.29

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Loan Modification Agreement effective 01/01/2022.
Notice of Mortgage Payment Change filed 04/27/2022 effective 06/01/2022.

PRE-PETITION ARREARS: $0.00

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/3/2023

Signature

Vice President
Marcela Jones