Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−20286−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nancy M Nalbone
33 Miry Brook Road
Hamilton, NJ 08690

Social Security No.:
xxx−xx−8414

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/22/23 at 09:00 AM

to consider and act upon the following:

*108* − Creditor's Certification of Default (related document:69 Motion for Relief from Co−Debtor Stay of Michael Nalbone filed by Creditor MIDFIRST BANK, Motion for Relief from Stay re: re: 33 Miry Brook Road, Trenton, NJ. 08690−1640. Fee Amount $ 181., 75 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/20/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court