UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In Re:
NANCY NALBONE

Case No.: __18-20286__

Chapter: __13__

Hearing Date: __2/22/23__

Judge: __Kaplan__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Opposition to Certification of Default

_____

Date: 2/16/23

/s/ John Zimnis
Signature

*rev.8/1/15*